# ORIGINAL   United States District Court

### NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

KWANDA DIALS

**CRIMINAL COMPLAINT**

Case Number: 1:16-MJ-714

**UNDER SEAL**

I, David W. Rich, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief.

<u>COUNT ONE</u>:  On or about February 14, 2014, in the Northern District of Georgia, the defendant, KWANDA DIALS, attempted to file in the public record of the Fayette County, Georgia, clerk's office a false lien and encumbrance against the real and personal property of William Wilkins, an officer and employee of the United States Government described in Title 18, United State Code, Section 1114, on account of the performance of official duties by William Wilkins, knowing and having reason to know that such lien and encumbrance was false and contained materially false, fictitious, and fraudulent statements and representations, including a statement claiming William Wilkins as debtor and responsible party for the defendant's 2011 federal tax liability of $1,825.12, all in violation of Title 18, United States Code, Section 1521.

<u>COUNT TWO</u>:  On or about November 25, 2014, in the Northern District of Georgia, the defendant, KWANDA DIALS, attempted to file in the public record of the Fayette County, Georgia, clerk's office a false lien and encumbrance against the real and personal property of John Koskinen, an officer and employee of the United States Government described in Title 18, United State Code, Section 1114, on account of the performance of official duties by John Koskinen, knowing and having reason to know that such lien and encumbrance was false and contained materially false, fictitious, and fraudulent statements and representations, including a statement claiming John Koskinen as debtor and responsible party for a $5,000 federal tax penalty issued to the defendant in October 2014, all in violation of Title 18, United States Code, Section 1521.

I further state that I am a Special Agent with U.S. Department of Treasury Inspector General for Tax Administration (TIGTA), in Atlanta, Georgia, and that this complaint is based on the following facts:

PLEASE SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof.

Signature of Complainant
David W. Rich

Based upon this complaint, this Court finds that there is probable cause to believe that an offense has been committed and that the defendant has committed it.  Sworn to before me, and subscribed in my presence

August 24, 2016

Date

at   Atlanta, Georgia

City and State

RUSSELL G. VINEYARD
UNITED STATES MAGISTRATE JUDGE

Name and Title of Judicial Officer
AUSA J. Ghose / 2016R00663

Signature of Judicial Officer

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, David W. Rich, being duly sworn, state as follows:

### A.    IDENTITY AND EXPERIENCE OF AFFIANT

1.    I am employed as a criminal investigator, by the Treasury Inspector General for Tax Administration (TIGTA), in Atlanta, Georgia, and have been so employed for approximately four years. I have conducted criminal investigations of various offenses, including violations of Title 18 U.S.C Section 1344 (Bank Fraud), Title 18 U.S.C Section 912 (Impersonation of Government Officers), Title 18 U.S.C Section 1343 (Wire Fraud), Title 18 U.S.C Section 1956 (Laundering of Monetary Instruments), Title 18 U.S.C Section 1341 (Mail Fraud), Title 18 U.S.C Section 1521 (Retaliating Against a Federal Officer by False Claim) and other fraudulent activity. I have a bachelor's of science degree (accounting) and a Master of Science (Accounting) degree, both from Liberty University.

2.    As part of my duties, I have conducted investigations of various criminal offenses, including theft, false statements, and impersonation of government officers, wire fraud, bank fraud, money laundering, and other fraudulent activity.  In addition, I have conducted administrative investigations of Internal Revenue Service employees.

### B.    PURPOSE OF THE AFFIDAVIT

3.    This affidavit is made in support of an application for a complaint for the arrest of KWANDA DIALS of Hampton, Georgia, for the offense of attempting to retaliate against a federal officer by false claim, in violation of Title 18, United States Code 1521.  This affidavit is based upon my direct personal knowledge acquired from my own investigative activities; information obtained from other law enforcement agents and agencies participating in the investigation; and information provided to me by persons believed to be credible and reliable and to possess accurate information.

### C.    LEGAL BASIS

4.    Title 18, United States Code, Section 1521 provides that "Whoever files, attempts to file, or conspires to file, in any public record or in any private record which is generally available to the public, any false lien or encumbrance against the real or personal property of an individual

1

described in section 1114, on account of the performance of official duties by that individual, knowing or having reason to know that such lien or encumbrance is false or contains any materially false, fictitious, or fraudulent statement or representation, shall be fined under this title or imprisoned for not more than 10 years, or both."

**D.    STATEMENT OF PROBABLE CAUSE**

**BACKGROUND**

5.    On October 8, 2014, C. L., an employee with the IRS notified TIGTA of the receipt of correspondence from KWANDA DIALS, which included a UCC lien filed against United States Treasury Secretary JACOB LEW. The documents were filed in the clerk of court's office, in Fayette County (GA).

6.    On October 19, 2010, the IRS issued Letter 3172 (rev. 3-2009) "Notice of Federal Tax Lien Filing and Your Right to a Hearing Under IRC 6230" to DIALS. The notice was in reference to a federal tax lien filed against DIALS for the tax period ending December 31, 2008. The amount of the federal tax lien against DIALS was $291,435.14. The correspondence from the IRS listed the name of T. H. as the contact person regarding the lien notice.

7.    On January 6, 2011, DIALS filed a UCC Financing Statement in the Fayette County (GA) clerk's office, in the Northern District of Georgia. The UCC document, which is a publicly filed lien, named the following individuals as responsible parties for DIALS' federal tax liabilities:

1. TIMOTHY GEITHNER- U.S. Secretary of the Treasury, 1500 Pennsylvania Ave., N.W., Washington, D.C.
2. T.H., IRS employee, Cincinnati, OH.
3. M. G., IRS employee, Ogden, UT.
4. J. Y., IRS employee, Memphis, TN.

8.    In addition to the above UCC Financing Statements, DIALS also filed copies of IRS Form 56 (Notice Concerning Fiduciary Relationship) in the Fayette County (GA) court's office, naming GEITHNER, T.H., M.G., and J.Y. as responsible parties for DIALS' federal tax liabilities.

9.    On January 16, 2014, DIALS filed three (3) UCC Financing Statements in the Fayette County (GA) clerk's office. The UCC Financing Statements, which are publicly filed liens, named JACOB LEW (U.S. Secretary of the Treasury) and MELBA FEBO (Puerto Rico Secretary of the Treasury) as responsible parties for any publicly filed debt against DIALS.

10. In February 2014, the IRS issued Notice CP22A (Notice of Amount

Due) to DIALS for the 2011 tax year, showing a liability due to the IRS of approximately $1,825.12.

11. On February 14, 2014, DIALS filed a UCC Financing Statement in the Fayette County (GA) clerk's office, which is attached as Exhibit 1 to this affidavit. The UCC Financing Statement, which is a publicly filed lien, named W.W. (IRS Chief Counsel) as a debtor and a responsible party for DIALS' 2011 federal tax liability of $1,825.12, and listed as follows:

> "Collateral: Commerical Notice: Conditional Acceptance for Value on Liability to Title 26 and Status of Taxpayer Request for Proof of Claim-Agreement and Commercial Discharge of Tax-With Power of Attorney for LETTER OF DETERMINATION; Notice CP22A; Tax Year 2011; Notice Date February 17, 2014; Last 4 of Social 3626; Presentment Amount $1,825.12." Secured Party is KWANDA MONIQUE DIALS."

12. On April 28, 2014, the IRS issued Notice CP504 (Notice of intent to seize or levy your state tax refund or other property) to DIALS, for the 2011 tax year. The IRS notice informed DIALS that she had an outstanding federal tax liability of $1,842.92 due to the IRS.

13. On May 6, 2014, DIALS filed a UCC Financing Statement in the Fayette County (GA) clerk's office. The UCC Financing Statement, which is a publicly filed lien, named W.W., IRS Chief Counsel, as the responsible party for DIALS' federal tax liability.

14. On October 22, 2014, the IRS issued Letter 3176 (Notice Concerning Frivolous Tax Submission) to DIALS, stating that she could be subject to a $5,000 penalty for a frivolous filing with the IRS.

15. On November 25, 2014, DIALS filed a UCC Financing Statement in the Fayette County (GA) clerk's office, which is attached as Exhibit 2 to this affidavit. The UCC Financing Statement, which is a publicly filed lien, named J. K. (IRS Commissioner) as the responsible party for a $5,000 penalty notice that the IRS issued to DIALS on October 22, 2014, and listed as follows:

> "Collateral Change-Add Collateral. Debtor is now in Debted (sic) to the Secured Party Creditor for the sum of $5,000, Account Number 46-6742314/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 Form 1041 Tax Year 2013."

The debtor for this false lien is listed as "Dials, Entitlement Holder, Kwanda Monique."

16. An interview was conducted of I. H. and D. E., Deputy Clerks with the Fayette County (GA) Superior Court Clerk's Office, who confirmed

3

that the filing of UCC Financing Statements, such as those filed by DIALS, are public record and could result in a significant cost to the victim, including costs associated with having the lien removed and potential adverse actions on the victim's credit reports. In addition, both I.H. and D.E. confirmed that DIALS was personally filing the above UCC Financing Statements with their office, through their confirmation of her physical description.

17. A review of a report from the National Association of Secretaries of State regarding fraudulent and/or retaliatory UCC filings against government officials stated that while legally non-enforceable, the fraudulent filings can have certain negative financial effects on the victims, including the failure to secure loans and lines of credit. According to the report, such tactics are typically used to retaliate against a government official for an act performed in their official capacity.

18. On July 7, 2016, D.T., a law enforcement officer employed by the Henry County (GA) Police Department, executed a search warrant for DIALS's personal residence. The search warrant was for instrumentalities and evidence related to illegal/illicit drugs, currency from drug proceeds, and drug related paraphernalia that were believed to be at the residence. The search warrant was issued by the Magistrate Court of Henry County, Georgia.

19. During the execution of the search warrant, D.T. and other law enforcement officers observed the following items, located inside the residence, located in plain view:

    a. Manila type folder, with the hand-written notation "fictitious names."

    b. Various ink-stamps, one of which stated "IRS"

    c. Stamp making devices for various seals, which appeared to include government agencies/logos/insignias.

    d. Various Internal Revenue Service forms, documents, and other correspondence.

    e. Manila type file folders containing numerous Uniform Commercial Code (UCC) documents.

None of the above documents were seized by D.T. or other law enforcement officers at the scene.

20. D.T. and other law enforcement officers also observed a computer, located in a bedroom of the residence. The computer monitor, which was

4

powered on, was displaying a copy of a UCC document.

21.    D.T. and other law enforcement officers seized the following UCC document:

22. UCC Financing Statement D2016-012536, stamped as filed May 24, 2016 in the Henry County (GA) Clerk of Superior Court.  The UCC statement listed KWANDA DIALS as the "secured party" and the debtors as CATHERINE DONALD and JIM BENNETT, both of Montgomery, Alabama.

23.    A review of publicly available records revealed that CATHERINE DONALD is the State Registrar of Alabama and JIM BENNETT is the former Alabama Secretary of State.

24.    On August 9, 2016, DIALS filed a UCC Financing Statement-Amendment, with the Henry County Clerk of Superior Court.  The UCC lien listed R.R. as a "debtor", responsible for various financial and legal obligations involving DIALS.

25.    R.R. has been identified as the former United States Secretary of the Treasury.

## APPLICATION

26.    Based upon the foregoing information, I respectfully request that probable cause exists to justify the issuance of a criminal complaint authorizing the arrest of KWANDA DIALS for the crime of attempting to retaliate against a federal officer by false claim in violation of Title 18, United States Code, Section 1521.  Based upon information and belief, DIALS has attempted to publically file false liens against the property of federal government officials in retaliation for their official actions taken toward her.  My investigation has revealed no legitimate basis for the liens filed by DIALS as described above.  I submit that DIALS's actions reflect a failure to address her tax matters legally, and that the timing of her actions demonstrate an intent to threaten and intimidate government officials through the filing of false retaliatory liens.

5

# EXHIBIT 1

5. — 2014 — 0 3 4 5

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

Kwanda-Monique :Dials
care of: 925 Revere Way
Hampton, Georgia state Republic
Non-domestic without the US
near [30228-5969]

⌐04 FEB 14 PM 3 20

FAYETTE COUNTY, GEORGIA
SHEILA STUDDARD, CLERK

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 1b. INDIVIDUAL'S SURNAME  Wilkins | FIRST PERSONAL NAME  William | ADDITIONAL NAME(S)/INITIAL(S)  J | SUFFIX |
| 1c. MAILING ADDRESS  1111 Constitution Avenue NW | CITY  Washington | STATE DC  POSTAL CODE 20224 | COUNTRY  uSA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE  POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 3b. INDIVIDUAL'S SURNAME  Dials | FIRST PERSONAL NAME  Kwanda | ADDITIONAL NAME(S)/INITIAL(S)  Monique | SUFFIX |
| 3c. MAILING ADDRESS  925 Revere | CITY  Hampton | STATE Ga  POSTAL CODE 30228-5969 | COUNTRY  uSA |

4. COLLATERAL: This financing statement covers the following collateral:

Commercial Notice;Conditional Acceptance for Value on Liability to Title 26 and Status of Taxpayer Request for Proof of Claim- Agreement and Commercial Discharge of Tax- Wtih Power of Attorney for LETTER OF DETERMINATION;Notice CP22A; Tax Year 2011;Notice Date February 17, 2014;Last 4 of Social 3626;Presentment Amount $1825.12;Amount Due by March 10, 2014;USPS,Certified Mail Number 70131710000009949935;Registered in the Commercial Chamber as being the same;

Without Prejudice

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☑ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien  ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☑ Bailee/Bailor  ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
UCC FILE NUMBER:56-2009-0670

345

UCC FILE NUMBER _____

RECEIVED AND FILED AT
THIS ___ DAY OF _____, 20 ___

CLERK, SUPERIOR COURT
*Without Prejudice* FAYETTE COUNTY, GEORGIA

Kwanda -M :Dials of the Dials family
Mailing Location: care of 925 Revere Way
Hampton, Georgia state Republic
Non-domestic without the US
Near [30228-5969]



William J Wilkins, Chief Counsel
1111 Constitution avenue NW
Room 3026
Washington, DC 20224

February 11, 2014

RE: CONDITIONAL ACCEPTANCE FOR VALUE ON LIABILITY TO TITLE 26 AND STATUS OF TAXPAYER -
REQUEST FOR PROOF OF CLAIM - AGREEMENT AND COMMERCIAL DISCHARGE OF TAX- WITH POWER OF
ATTORNEY FOR LETTER OF DETERMINATION.
File/UCC Contract trust Account# 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

Greetings Mr. Wilkins:

It has come to my attention of certain facts relative to some perceived nexus or liability to Title 26
(Income Tax Code).  Based upon my past and limited knowledge and any disclosure of certain points or
facts, I have come to the understanding that, in respect to communications ( copy enclosed) that I was in
error and had made gross mistakes in dealing with any legal tax liability.

Obviously, I was led to believe that I am required to file, that I am a taxpayer, etc. I may had taken
certain advice to protect my livelihood and or property.

It is my firm belief that I am not a "Tax Protestor" and in my research and understanding, I have
come to understand and I am aware of the following:

1. I am not specifically named in IRS Code and more specifically IRC 6331 for the tax to be
   applied (see THE PEOPLE v. Herkimer, 4 Cow. 345; 1825 N.Y. LEXIS 80)
2. I have not received notice that I'm required to keep books and records.
3. I was not in any manner notified that we were the "subject" and/or the "object" of the income
   Tax. (see Long v. Rasmussen, 281 f. 236, at 238 (1922) & Economy Plumbing and Heating v.
   U.S., 470 F. 2nd 585, at 589 (1972)
4. I was not noticed that tax is only applied to corporate activity. (see Doyle v. Mitchell Bros.,
   247 U.S. 179 (1989) and the Corporation Tax Act of 1909).
5. I have not been shown, in light of the above, that my livelihood, so-called income, retirement,
   etc., is considered 'income,' having the aspect of "gain and profit".
6. I have not been noticed that the Internal Revenue Service is an agency of the United States..
7. I'm unaware of any specific contract (implied or otherwise) with such "agency" not a part of
   the United States, to have some nexus or bearing to the 'internal' (taxing) affairs of the United
   States, as to some perceived 'fair share' on any interest payment on the national debt owed by
   the United States.
8. I have not been noticed that I'm a party to the U.S. Constitution that would establish a nexus to
   any federal agency for any purpose not previously disclosed aside from any secret or implied
   contracts entered into without full disclosure.  (see Padleford, fay & Co. v. the Mayor & City
   of Savannah, 14 Ga., 438 (1854)
9. Have not been disclosed of the 'interest' the United States has in me or my property or same as
   applied to my debtor, how it was created ( as to any pledge or hypothec ion of my property) and/or
   if the 'interest' is merely found or established in the corporate entity Debtor as identified in the IMF
   file.
10. That I have not received any valid determination that has been made identifying me as a "U.S.

DOC FILE NUMBER _____

RECEIVED AND FILE _3:14 pm_

THIS _14_ DAY Oi _Feb_ , 20 _14_

CLERK, SUPERIOR COURT

VOID

COUNTY

VOID

FAYETTE COUNTY GEORGIA
FAYETTE COUNTY
SHEILA STUBBS, CLERK OFFICE

person is identified in "Title 26" (Internal Revenue Code) at section 7701 (a)(30).

11. That I have not been disclosed of the federal rule, law (with supporting implementing regulation) and/or any regulation that requires me to pay an income tax.

12. That I have not been noticed via your Letter of Determination of the parties as to who the creditor and debtor is, in the matter.

The above points are relative to my 'account' and while it is my right to challenge jurisdiction, being the fact that the IRS and your 'agency' is required to prove or substantiate, that is provide proof of claim, liability, etc., to support your belief that I'm a taxpayer in our 'private capacity' and therefore subject to Title 26. Please keep in mind, I'm not protesting and it was never my intent to protest, but merely to seek the evidence of liability!

It has come to my attention that the income tax is imposed or laid upon corporate entities and upon corporate activity. (see for reference; Doyle v. Mitchell Bros. Co, 247 U.S. 179 (1918) & THE CORPORATION TAX ACT 1909)

In respect to this, I'm aware of the named entity on the 'INDIVIDUAL MASTER FILE' (and all other IRS documents and tax presentments, etc.) of which identifies such a corporate entity, being registered in Puerto Rico under IRS Trust #62 and which bears a 'taxable activity code' not in alignment to my specific occupation/livelihood.

THEREFORE; Mr. Wilkins, I conditionally accept for value you and your private agency's claim that I'm specifically subject to Title 26 and are liable for said 'income tax' in my 'private capacity,' and I will pay/discharge any said tax liability, predicated upon your 'agencies' PROOF OF CLAIM.

PRROD OF CLAIM as to my 'liability,' or otherwise, will be established by your bringing forward and producing the 'proof of claim' in respect to the following:

1. PROOF OF CLAIM of full liability to the IRS Code or any other, and that the tax imposed is lawfully binding upon me in my private capacity

2. PROOF OF CLAIM that the IRS/INTERNAL REVENUE SERVICE was lawfully enacted by an Act of Congress

3. PROOF OF CLAIM that the tax imposed is not laid against any corporate entity in regards to any presumed corporate activity, but upon me in my private capacity

4. PROOF OF CLAIM that I'm subject to or a party to the U.S. Constitution to establish any nexus to the federal government and to the IRS via any Act of Congress or tax laws passed by Congress, or contract bearing my signature

5. PROOF OF CLAIM that I'm subject to tax liability via any secret or implied contract or other agreement or contract, etc.

6. PROOF OF CLAIM that the IRS/INTERNAL REVENUE SERVICE has delivered a Letter of Determination of who the parties are in respect to the above account, as to who is the creditor and who is the debtor

7. PROOF OF CLAIM of the federal law or regulation that the undersigned is required to file in his/her private capacity

8. PROOF OF CLAIM that the name on the IMF file is not an EO nominee or ENS LEGIS, for the purpose of laying any tax upon some perceived corporate activity by an artificial corporate

9. PROOF OF CLAIM that I have consented, agreed, or signed a contract allowing my 'private' Property to be pledged and/or taken in any manner to discharge any tax debts

10. PROOF OF CLAIM that I have consented to any 'Pledge' of any property for the benefit of any foreign principal or the federal government

11. PROOF OF CLAIM that I have been identified as a "U.S. Person' as defined at Section 7701 (a) (30) in Title 26(Internal revenue Service Code) signed under penalty of perjury pursuant to IRC 6065

12. PROOF OF CLAIM that I am not Bankrupt or insolvent and have lawful money of account to "pay" debts (tax(es)) at law in respect to Article I, section X of the U.S Constitution as it operates upon the agent of government

13. PROOF OF CLAIM that I have been given or afforded a DUE PROCESS HEARING in respect to any tax liability or at the hearing that full disclosure was made as to any commercial scheme

70

applied to me or to some corporate entity (straw-man or en legis) as named on your presentments

14. PROOF OF CLAIM that the income tax imposed via Title 26 is not laid against a corporate fiction as identified on all IRS files, documents, and presentments in capital name spelling similar to the undersigned's name

15. PROOF OF CLAIM that the undersigned *is* the 'object' and the 'subject' of the income tax in her private capacity-not engaged in any corporate activity

16. PROOF OF CLAIM that my signature is not the 'exemption' which carries the value upon 'acceptance for value' of any tax presentment/liability to cause the 'exchange,' 'set-off,' or Otherwise to discharge any said tax liability

17. PROOF OF CLAIM that, in light of the National Emergency (Senate report 93-549) and the U.S. Bankruptcy (by numerous Executive Orders as codified at 12 U.S.C,A 95a) that I cannot discharge the fine, fee, 'tax liability' or dent via the remedy provided by Congress via HJR-192, by and through acceptance for value, for the benefit of the Republic, as the authorized representative of my Corporate Debtor (Ens Legis) as identified on the IMF file, Tax presentments and UCC filings with Bill of Exchange or other appropriate commercial paper or through/by my exemption

This 'Conditional Acceptance for Value' is sent in good faith in and for the request for PROOF OF CLAIM You and your agency has 10 days (7 days beyond the Truth in Lending) to respond with PROOF OF CLAIM.

Mr. Wilkins, you or your agency's failure or refusal to provide PROOF OF CLAIM will establish your dishonor in the matter and you and your agency will have admitted and stipulated to the points or facts raised herein, to the benefit of the undersigned Secured Party, and presumption will be taken by and through your silence and tacit agreement (general acquiescence) that the IRS will accept ant honor any commercial discharge of any 'tax liability' accepted for value in respect to the Debtor(s) as identified on the IMF and any tax presentments sent by and received from the IRS.

By and through your silence and tacit agreement, you agree that the IRS will accept any commercial instrument (Bill of Exchange) to discharge the 'tax liability' of the corporate Debtor and cause the 'account' to be adjusted to '0' for the tax years in question, by and through the U.S. Treasury via the "Bill of Exchange" as directed from the undersigned Secured Party below, as to any so-called dollar amount as to any tax bill presentment in respect to the above 'account' from the Debtor's UCC Contract Trust account.

Please be advised that it is my good faith intent to rectify this matter, and all future matters, commercially, and discharge (pay) the tax as soon as possible.

Please respond per your good faith with full disclosure and within the time period specified and provide said PROOF(S) OF CLAIM to the undersigned's address below.

Thanking you in advance for your time in this matter, I remain:

Sincerely,

Without Prejudice

Kwanda Dials-Principle-Secured Party Creditor

**Debtor's Address:**
KWANDA MONIQUE DIALS©, Ens legis
925 Revere Way
HAMPTON, GA 30228

cc:
File

UCC FILE NUMBER 056 2014 0345
RECEIVED AND FILED AT 3:14 PM
THIS 14 DAY OF Feb , 2014

CLERK, SUPERIOR COURT
FAYETTE COUNTY, GEORGIA

VOID
VOID
VOID
VOID

# POWER OF ATTORNEY

**Know All Men by These Presents:** That I, Kwanda Dials, the flesh and blood woman and the undersigned, hereby, under necessity, make, constitute and appoints <u>William J Wilkins, Chief Counsel for the Internal revenue Service, herein,</u> a man, as my true and lawful attorney-in-fact for me and for my private capacity, place and stead, to:

1. Research and investigate the laws, statutes, code(s) and rules whatsoever for the purpose to provide, to the undersigned, a LETTER OF DETERMINATION as to the/any tax liability based upon any liability of tax to be applied to/on the national debt or any tax for the purpose of corporate activity, upon the undersigned due to any contracts, implied or otherwise under the doctrine of 'Full Disclosure.'

2. If in the nature of your research and investigation of the laws, statutes, code(s) and rules whatsoever and you or your agency fails or refuses to disclose such LETTER OF DETERMINATION, you stipulate and agree that the undersigned is under no obligation as to any tax liability of tax to be applied to/on the national debt or any tax for the purpose of corporate activity.

3. Research and investigate the laws statues, codes, and rules whatsoever for the purpose to provide, to the undersigned, a LETTER OF DETERMINATION as to the/any tax liability based upon any liability of tax to be applied to/on the national debt or any tax for the purpose of corporate activity, upon the corporate/entity/Debtor identified as KWANDA DIALS due to any contracts, implied or otherwise under the doctrine of "Full Disclosure."

4. If in the nature of your research and investigation of the laws, statues, code(s) and rules whatsoever and you or your agency fails or refuses to disclose such LETTER OF DETERMINATION, as applied to the corporation /entity/Debtor, you stipulate and agree that any tax liability is only laid upon this corporate/entity/Debtor for its 'corporate activity' as designed by the IRS and you agree that such entity is a 'Trust' and is registered under Trust #62 in Puerto Rico. The undersigned is under no obligation as to any tax liability of tax to be applied to/on the national debt or any tax for the purpose of corporate activity.

5. Understand that this said Power of Attorney granting <u>Mr. William J Wilkins,</u> as Attorney-in-fact, is to make and provide said LETTER OF DETERMINATION as per paragraphs 1 and 2 above, is granted for up to a 90 day time period from the date of receipt of this document and such LETTER OF DETERMINATION must be signed under penalty of perjury by the employee/agent representing the IRS within the stipulated time period in respect to this Power of Attorney.

When the context so requires, the masculine gender includes the feminine and/or neuter, and the singular numbers includes the plural.

WITNESS my hand this ___11___ day of _February_ 2014 A.D.

Without Prejudice
Authorized Representative, Attorney-In-Fact

/S/ _____ -Affiant
For KWANDA DIALS©, ENS LEGIS

**ACKNOWLEDGEMENT**

State of Georgia )
                 ) ss
County of Henry  )

Signed and sworn to (or affirmed) before me on _February 11_____ 2014, by Kwanda-Monique :Dials

_____
Notary Public in and for said State

DESAREE JOHNSON
Notary Public
Henry County
State of Georgia
My Commission Expires May 13, 2016

UCC FILE NUMBER 056 2014 0345
RECEIVED AND FILED AT 3:14 PM
THIS 14 DAY OF Feb, 2014
CLERK, SUPERIOR COURT
FAYETTE COUNTY, GEORGIA

5 6 ~~VOID~~ ~~6~~

**FAYETTE COUNTY
CLERK'S OFFICE**



Department of the Treasury
Internal Revenue Service
P.O. Box 621501
Atlanta, GA 30362-1501

| Notice | CP22A |
|---|---|
| Tax Year | 2011 |
| Notice date | February 17, 2014 |
| Social Security number | 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 |
| To contact us | 1-800-829-0922 |
| Your Caller ID | 620259 |
| Page 1 of 3 | 17H |

109884.412733.11453.3212  1/~~of~~ ~~406~~ ~~200~~ ~~14~~ ~~FEB 12~~ ~~VOID~~ ~~14~~

FAYETTE COUNTY, GEORGIA
~~SHFAYETTECOUNTYERK~~
CLERK'S OFFICE

KWANDA DIALS
925 REVERE WAY
HAMPTON GA 30228-5969

109884

UCC FILE NUMBER _056 2014 0345_
RECEIVED AND FILED AT _3:14 PM_
THIS _14_ DAY OF _Feb_ , 20 _14_

_Earl Riddard_

CLERK, SUPERIOR COURT
FAYETTE COUNTY, GEORGIA

Changes to your 2011 Form 1040A

# Amount due: $1,825.12

Based on the information you provided, we
changed your 2011 Form 1040A to correct
your:

- income from wages, salaries, tips, etc.
- unemployment compensation
- earned income credit

As a result, you owe $1,825.12.

**Billing Summary**

| | |
|---|---|
| Decrease in credit | $1,727.00 |
| Increase in interest | 98.12 |
| **Amount due by March 10, 2014** | **$1,825.12** |

## What you need to do immediately

**If you agree with the changes we made**

- Pay the amount due of $1,825.12 by March 10, 2014 to avoid additional penalty
and interest charges.

Continued on back...



IRS

KWANDA DIALS
925 REVERE WAY
HAMPTON GA  30228-5969

| Notice | CP22A |
|---|---|
| Notice date | February 17, 2014 |
| Social Security number | 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 |

## Payment

- Make your check or money order payable to the United States Treasury.
- Write your Social Security number (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), the tax year (2011), and the form
number (1040A) on your payment and any correspondence.

Amount due by March 10, 2014          $1,825.12

INTERNAL REVENUE SERVICE
KANSAS CITY, MO 64999-0204

418063626 NO-30 0 201112 670 00000182512

UCC FI.  'BER *052 2014 0345*
RECEIVED ;. . FILED AT __*3:14 PM*__
THIS __*14*__ DAY OF __*Feb*_____, 2º *14*

*Sheila Studdard* (signature)

CLERK, SUPERIOR COURT
FAYETTE COUNTY, GEORGIA



| Notice | CP22A |
|---|---|
| Tax Year | 2011 |
| Notice date | February 17, 2014 |
| Social Security number | 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* |
| Page 3 of 3 | 17H |



| Period | Days | Interest rate | Interest factor | Amount due | Interest charg |
|---|---|---|---|---|---|
| 04/15/2012 – 06/30/2012 | 76 | 3.0% | 0.006248695 | $1,727.00 | $10.7' |
| 06/30/2012 – 12/31/2012 | 184 | 3.0% | 0.015195647 | 1,737.79 | 26.4 |
| 12/31/2012 – 06/30/2013 | 181 | 3.0% | 0.014987301 | 1,764.20 | 26.4 |
| 06/30/2013 – 12/31/2013 | 184 | 3.0% | 0.015237592 | 1,790.64 | 27.2 |
| 12/31/2013 – 02/17/2014 | 48 | 3.0% | 0.003952835 | 1,817.93 | 7.1' |
| Total interest | | | | | $98.1. |

We multiply your unpaid tax, penalties, and interest (the amount due) by the interest
rate factor to determine the interest due.

**Additional interest charges**

If the amount you owe is $100,000 or more, please make sure that we receive your
payment within 10 work days from the date of your notice. If the amount you owe is
less than $100,000, please make sure that we receive your payment within 21
calendar days from the date of your notice. If we don't receive full payment within
these time frames, the law requires us to charge interest until you pay the full amount
you owe.

**Additional information**

- Visit www.irs.gov/cp22a
- For tax forms, instructions, and publications, visit www.irs.gov or call
  1-800-TAX-FORM (1-800-829-3676).
- Keep this notice for your records.

If you need assistance, please don't hesitate to contact us.





# EXHIBIT 2

5 L - 2014  2 6 9 4

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**

**B. E-MAIL CONTACT AT FILER (optional)**

**C. SEND ACKNOWLEDGMENT TO:** (Name and Address)

Kwanda Monique Dials, Entitlement Holder
Care of: 925 Revere Way
Hampton, state Georgia Republic near [30228]
Nonresident, Non-Domestic

2014 NOV 25  PM 2 48

FAYETTE COUNTY, GEORGIA
SHEILA STUDDARD, CLERK

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE NUMBER**
**56-2009-0670**

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☑ **ASSIGNMENT** (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ **PARTY INFORMATION CHANGE:**

Check one of these two boxes:                    AND Check one of these three boxes to:

This Change affects ☐ Debtor or ☐ Secured Party of record      ☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c      ☐ ADD name: Complete item 7a or 7b, and item 7c      ☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. **CURRENT RECORD INFORMATION:** Complete for Party Information Change - provide only one name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | |

7. **CHANGED OR ADDED INFORMATION:** Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 7b. INDIVIDUAL'S SURNAME **Koskinen** | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME **John** | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1111 Constitution Avenue NW | Washington | DC | 20224 | |

8. ☑ **COLLATERAL CHANGE:** Also check one of these four boxes: ☑ ADD collateral  ☐ DELETE collateral  ☐ RESTATE covered collateral  ☐ ASSIGN collateral

Indicate collateral:
Debtor is now in Debted to the Secured Party Creditor for the sum of $5,000, Account Number 46-6742314/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 Form 1041 Tax Year 2013; Full assignment to settle all Tax matters associated with tax year 2013 accounting ; without recourse;

THIS IS A REGISTERED BONIFIEDE SECURITY

Registered in the International Commercial Chamber as being the same;
All rights reserved without prejudice without recourse, UCC 1-207 & 1-308

9. **NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 9b. INDIVIDUAL'S SURNAME **Dials, Entitlement Holder** | FIRST PERSONAL NAME **Kwanda** | ADDITIONAL NAME(S)/INITIAL(S) **Monique** | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA:

REGISTERED BONIFIEDE SECURITY

## CERTIFICATE OF SERVICE UNDER NOTARY PRESENTMENT AND ACCEPTOR

I, Kwanda Monique Dials, Entitlement Holder, Secured Party Creditor, Beneficiary Owner, hereby certify that I am authorized party and am of such age and discretion and am competent to say that I had delivered the listed documents to the addressee:

I further certify that on this date I cause a copy of the Form 56 and UCC 3, to be placed in a postage paid envelope by service process of the addressed to John Koskinen, IRS Commissioner on at the addresses listed below, and deposited said envelopes with the USPS, VIA Registered & Certified Mail:

Internal Revenue Service Commissioner     Registered Mail No: <u>RE 191 321 115 US</u>
Attn: John Koskinen
C/o: 1111 Constitution Avenue NW
Washington, DC 20224

Internal Revenue Service .                Certified Mail No: <u>7013 3020 0000 6456 3679</u>
Attention: Jaye Carver, Employee ID No: 1000099691
1973 North Rulon White Blvd.
Ogden, UT 84404-0040

*Kwanda Monique Dials, Entitlement Holder*
*C/o: Desaree Johnson, Notary Acceptor*
*903 Trees of Avalon Parkway*

*I CERTIFY THAT THIS IS A*
*TRUE AND CORRECT COPY*
*OF THE ORGINAL*

STATE OF GEORGIA     ]
                     ] ss     **J urat**
COUNTY OF HENRY     ]

**SUBCRIBED AND AFFIRMED BEFORE ME,** Desaree Johnson_____ Notary Public on this __19 day of __Nov__, 2014.

Notary Witness

*My Commission Expires:* __5|13|2016__

SEAL
DESAREE JOHNSON
Notary Public
Henry County
State of Georgia
My Commission Expires May 13, 2016

*Enclosure:*
*UCC 3- Financing Statement*
*Form 56 - John Koskinen, IRS Commissioner*

CC:
Internal Revenue Services

FAYETTE COUNTY, GEORGIA
SHEILA STUDDARD, CLERK
2014 NOV 25 PM 2 48

56 - 2014 - 26694

5 6 -   2014   2 6 9 4

KWANDA MONIQUE DIALS, ESTATE
Kwanda Dials, Entitlement Holder, Secured Party Creditor
C/o: 925 Revere Way
Hampton, state Georgia Republic [30228]

Internal Revenue Service
Attention: Jaye Carver
1970 North Rulon White Blvd
Ogden, UT 84404-0040

2014 NOV 25 PM 2 48

FAYETTE COUNTY, GEORGIA
SHEILA STUDDARD, CLERK

November 19, 2014

**Re: Frivolous Tax return dated 8/26/2014 KWANDA MONIQUE DIALS, ESTATE 46-6742314**

Greetings Jaye Carver;

  This letter is in response to a presentment that I recently received from the Internal Revenue Service, from you regarding Tax year 2013; I disagree with your assumption that KWANDA MONIQIUE DIALS, ESTATE EIN NO: 46-6742314, filed a frivolous Tax return, and need for you to validate this assumption in writing to me, in 10 days of receiving this letter, with Proof to show that KWANDA MONIQUE DIALS, ESTATE tax return is frivolous.

  Until you Jaye Carver or your agency, can provide an assessment and/or a True Bill, to validate this assumption, please make no more attempts to contact me regarding this allegation.

       Cordially,

By: _____
    Kwanda Dials, Entitlement Holder,
    Secured Party Creditor, Beneficiary Owner

_____
Notary Public
My Commission Expires: 6/13/2016

        11/19/2014
        Date

SEAL
[Notary seal: ......... JOHNSON ......... Public ......... County ......... Georgia My Comm... ...pires May 13, 2016]

*Enclosures:*
*UCC FINANCING STATEMENT*
*FORM S6- JOHN KOSKINE- IRS COMMISSIONER*
*COPY OF LETTER DATED 10/22/2014 FROM IRS*

*CC: John Koskinen*

COPY ORIGINAL

Form **56**
(Rev. December 2011)
Department of the Treasury
Internal Revenue Service

## Notice Concerning Fiduciary Relationship

(Internal Revenue Code sections 6036 and 6903)

OMB No. 1545-0013

### Part I  Identification

| Name of person for whom you are acting (as shown on the tax return) | Identifying number | Decedent's social security no. |
|---|---|---|
| KWANDA MONIQUE DIALS, ESTATE | 46-6742314 | 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 |

Address of person for whom you are acting (number, street, and room or suite no.)
C/O: SAINT MARTIN DE PORRES HOSPITAL

City or town, state, and ZIP code (If a foreign address, see instructions.)
MOBILE, AL 36603 USA

Fiduciary's name
John Koskinen dba IRS COMMISSIONER OR HIS ASSIGNEE

Address of fiduciary (number, street, and room or suite no.)
C/O: 1111 CONSTITUTION AVENUE NW

City or town, state, and ZIP code
WASHINGTON, DC 20224  USA

Telephone number (optional)
(     )

### Section A.  Authority

**1** Authority for fiduciary relationship. Check applicable box:

**a** ☐ Court appointment of testate estate (valid will exists)

**b** ☐ Court appointment of intestate estate (no valid will exists)

**c** ☐ Court appointment as guardian or conservator

**d** ☑ Valid trust instrument and amendments

**e** ☑ Bankruptcy or assignment for the benefit or creditors

**f** ☑ Other. Describe ▶ Handle all Tax matters associated with  EIN and Social Security Accounts: 46-6742314---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

**2a** If box 1a or 1b is checked, enter the date of death ▶  DECEMBER 17, 1963

**2b** If box 1c—1f is checked, enter the date of appointment, taking office, or assignment or transfer of assets ▶  11/19/2014 Full Assignment to settle all tax matters relating to tax year 2013 with EIN 46-6742314 as appointed fudiciary in 3 Days of this assignment.

### Section B.  Nature of Liability and Tax Notices

**3** Type of taxes (check all that apply):  ☐ Income  ☐ Gift  ☑ Estate  ☐ Generation-skipping transfer  ☐ Employment  ☐ Excise  ☑ Other (describe) ▶ CQV Trust No:10163072208-49021-20103279944:Social Security Account: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

**4** Federal tax form number (check all that apply):  **a** ☐ 706 series  **b** ☐ 709  **c** ☐ 940  **d** ☐ 941, 943, 944  **e** ☐ 1040, 1040-A, or 1040-EZ  **f** ☑ 1041  **g** ☐ 1120  **h** ☐ Other (list) ▶

**5** If your authority as a fiduciary does not cover all years or tax periods, check here . . . . . . . . . . . . . . . ▶ ☑ and list the specific years or periods ▶ 2013-2014

**6** If the fiduciary listed wants a copy of notices or other written communications (see the instructions) check this box . . . . ▶ ☐ and enter the year(s) or period(s) for the corresponding line 4 item checked. If more than 1 form entered on line 4h, enter the form number.

**Complete only if the line 6 box is checked.**

| If this item is checked: | Enter year(s) or period(s) | If this item is checked: | Enter year(s) or period(s) |
|---|---|---|---|
| 4a | | 4b | |
| 4c | | 4d | |
| 4e | | 4f | |
| 4g | | 4h: | |
| 4h: | | 4h: | |

For Paperwork Reduction Act and Privacy Act Notice, see the separate instructions.  Cat. No. 16375I  Form **56** (Rev. 12-2011)



Form 56 (Rev. 12-2011)                                                                    Page **2**

---

| **Part II** | **Court and Administrative Proceedings** |
|---|---|

| Name of court (if other than a court proceeding, identify the type of proceeding and name of agency) | Date proceeding initiated |
|---|---|
| Address of court | Docket number of proceeding |

| City or town, state, and ZIP code | Date | Time | ☐ a.m. ☐ p.m. | Place of other proceedings |
|---|---|---|---|---|

| **Part III** | **Signature** |
|---|---|

| **Please Sign Here** | I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer. |
|---|---|

⟩ _____        FIDUCIARY
Fiduciary's signature                _____        _____
                                     Title, if applicable                Date

Form **56** (Rev. 12-2011)

2014 NOV 25 PM 2 48
FAYETTE COUNTY, GEORGIA
SHEILA STUDDARD, CLERK

56 - 2014 2694

COPY   ORIGINAL



**Internal Revenue Service**
1973 North Rulon White Blvd.
Ogden, UT  84404-0040

**Department of the Treasury**

Taxpayer Identification Number: 46-6742314

Form: 1041  Tax Year(s): 2013

**Date:** October 22, 2014

Person to Contact: Mr. Carver

KWANDA MONIQUE DIALS ESTATE
925 REVERE WAY
% ANDY PIPPENS
HAMPTON GA 30228

Employee Identification Number: 1000099691

Contact Telephone Number: 1-866-883-0235 (Toll Free)
Contact Hours: 7 A.M to 7 P.M MST Monday-Friday

Dear Taxpayer:

This letter serves to inform you of the potential consequence of the position you have taken and to offer you an opportunity to correct your submission within 30 days from the date of this letter.

**Why We Are Contacting You**

Based on Internal Revenue Code Section 6702, *Frivolous Tax Submissions*, we have determined that the information you filed as a return of tax, or purported return of tax, on 8/26/2014 is frivolous and there is no basis in the law for your position. We have made this determination because what you submitted is based on positions that fall under one or both of the following:

- Your information is based on positions identified as frivolous under Section 6702(c). (See Notice 2007-30, 2007-14 I.R.B. 883 at www.irs.gov/pub/irs-irbs/irb07-14.pdf)

- Your information reflects a desire to delay or impede the administration of Federal tax laws.

Federal courts, including the Supreme Court of the United States, have considered and repeatedly rejected, as without merit, positions such as yours.

**Internal Revenue Code Section 6702 imposes a $5,000 penalty for the filing of a frivolous tax return or purported tax return. We are proposing a $5,000 penalty per return based on your filing of a frivolous tax return(s) or purported tax return(s).**

COPY ORIGINAL

Letter 3176(SC) (Rev. 7-2007)
Catalog Number 26860K

## What You Need To Do

Send us corrected return(s) for the taxable period(s) within 30 days of the date of this letter. If you send us corrected return(s), we will disregard the previous document(s) filed and not assess the frivolous tax submissions penalty to each correct return filed.

Please attach this letter to your corrected return(s) and mail to the address shown at the top of this letter. We have enclosed a copy of this letter for your records and an envelope for your convenience.

## What Happens If You Don't Respond

If you do not file the corrected return(s) within 30 days of the date of this letter, or if you submit instead another document(s) asserting a frivolous position, we will assess the **$5,000 penalty** for frivolous tax submissions. We will charge this fee for each purported return you filed for which you did not file a corrected return. Once we assess the penalty, the IRS will bill you $5,000 for each frivolous return or purported return filed. We will not respond to future correspondence asserting any frivolous position.

In addition, if we do not hear from you within the above timeframe, we may issue a notice of deficiency. A notice of deficiency states the amount of additional tax and/or penalties you owe and explains your right to contest the deficiency by filing a petition with the United States Tax Court.

We have enclosed Publication 2105, *Why Do I Have to Pay Taxes?*, which provides basic information about the tax system. In answering tax questions, we encourage you to seek advice from a competent tax professional or an attorney qualified to practice in your state.

Sincerely yours,

Operations Manager
Exam SC support

Enclosures:
  Publication 2105
  Copy of this letter
  Envelope

COPY ORIGINAL

Letter 3176(SC) (Rev. 7-2007)
Catalog Number 26860K