ORIGINAL

FILED IN OPEN COURT
U.S.D.C. Atlanta

SEP 2 0 2016

JAMES N. HATTEN, Clerk
By: _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

KWANDA MONIQUE DIALS

Criminal Indictment

No. 1:16-CR-335

THE GRAND JURY CHARGES THAT:

**COUNT ONE**

On or about February 14, 2014, in the Northern District of Georgia, the defendant, KWANDA MONIQUE DIALS, attempted to file in the public record of the Fayette County, Georgia, clerk's office a false lien and encumbrance against the real and personal property of William Wilkins, an officer and employee of the United States Government described in Title 18, United State Code, Section 1114, on account of the performance of official duties by William Wilkins, knowing and having reason to know that such lien and encumbrance was false and contained materially false, fictitious, and fraudulent statements and representations, including a statement claiming William Wilkins as debtor and responsible party for the defendant's 2011 federal tax liability of $1,825.12, all in violation of Title 18, United States Code, Section 1521.

## COUNT TWO

On or about November 25, 2014, in the Northern District of Georgia, the defendant, KWANDA MONIQUE DIALS, attempted to file in the public record of the Fayette County, Georgia, clerk's office a false lien and encumbrance against the real and personal property of John Koskinen, an officer and employee of the United States Government described in Title 18, United State Code, Section 1114, on account of the performance of official duties by John Koskinen, knowing and having reason to know that such lien and encumbrance was false and contained materially false, fictitious, and fraudulent statements and representations, including a statement claiming John Koskinen as debtor and responsible party for a $5,000 federal tax penalty issued to the defendant in October 2014, all in violation of Title 18, United States Code, Section 1521.

A \_\_\_\_TRUE\_\_\_\_ BILL

_____
FOREPERSON

JOHN A. HORN
  *United States Attorney*

JOHN S. GHOSE
  *Assistant United States Attorney*
Georgia Bar No. 446568

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181

2