IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

NOV - 3 2017

JAMES N. HATTEN, Clerk
By: S. Brankert, Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Criminal Indictment No: 1-16-CR-335 |
| | : |
| KWANDA MONIQUE DIALS | : |

**Motion to Dismiss Indictment for Lack of Subject Matter Jurisdiction.**

COMES NOW, the Defendant, KWANDA MONIQUE DIALS, through and by the undersigned, In Propria Persona and respectfully moves the Honorable court for an Order dismissing Indictment No. 1-16-CR-335 for Lack of Subject Matter Jurisdiction in accordance with 12(b) (1) 12 (h) (3).

In support thereof the undersigned, in Propria Persona respectfully refers this Honorable court to Constitutional Laws Article 1. Section 8 Clause 17 and Statutory Laws Title 28 U.S.C. 1340.

Citing Supreme Court: GOULD v. GOULD, 245 US 150 (1917) ruled that: The Government in any agency can not apply or implicate the specific Subject Matter Jurisdiction 28U.S.C. 1340 confers only to Civil Jurisdiction for 26 CFR.

I.        General Nature of Charges

The charges contained in Two Count indictment can generally be characterized as falling into Constitutional and Statutory rights violations by Federal Government and its' agents. The first Count relating to what the Government teems as "filing false liens and encumbrances against real and personal property of William Wilkens, an officer and employee of the United States Government," which alleges, on account of the Performances of official duties of William Wilkens, knowing and having reason to know that such liens are encumbrances was false and Contained materially false, fictious, and fraudulent statements and representations, including Statements claiming William Wilkens as a debtor and responsible party for the Defendants 2011 Federal Tax liability in the amount of $1,825.12. Count Two alleges the same offence against John Koskenin, the IRS Commissioner in the amount of $5,000.00 which is a violation of Article I. Section 10 of the Constitution of the United States. Citation: U.S. v BARNER, 572 F3d 1239 (11th Cir. 2009), To punish a person because he has done what the law plainly allows him to do is a Due process violation of the most basic sort

II.       Factual Background

The appointed Commissioner in his official capacity is the Trustee of the U.S. Bankruptcy as an officer of the Government, when given authority by the Secured Party Creditor with a IRS Form 56 (Fiduciary) and a negotiable instrument (UCC Financial Statement), he is the Debtor (Trustee) and on assignment have to discharge, settle and close the accounting via the U.S. Department of Treasury. This is supported by numerous of Executive Orders (11825) and Codified at 12 U.S.C.S. 95(a) and enacted by Congress when the Defendant, KWANDA MONIQUE DIALS, authorized William Wilkens or John Koskenin to settle a tax Debt via appointing them as fiduciary using IRS form 56 and assigning the Debt to them as the Trustee using a negotiable instrument (UCC) it is considered lawful settlement of the debt because the American People are the Creditors of the U.S. Bankruptcy of March 9, 1933 as so declared by President Theodore D. Roosevelt and enacted by Congress and all Public Officials working as employees of the Government are the Trustee(s) to the American People. The Defendant have no "lawful" money

on account to "pay" any debt; therefore the Defendant only choice is to Settle debts via the Trustee (debtor) and close accounting to zero. By using this method it lowers the National Debt, due to the fact that Federal Reserve Notes are Debt.

The Defendant was exercising one of many constitutional rights, which is not a crime. But it becomes criminal when Public officials refuse to abide by and to the Constitution of the United States that they are duty bound and under Oath(s) of office to honor and uphold. Furthermore, the Internal Revenue Service was not established by an Act of Congress or Approved for implementation by Statue law, it has "no" authority whatsoever to interpret the CFR and USC Laws, which it does so without authority. Neither the Internal Revenue Code or the Novel (book 68) are Statue Law but promulgated rules of implementation and can not by themselves confer any authority not specifically found in CFR or USC supporting Law. It is illegal to refer to the IRS in public Court document or publications as 26 USC (it is a violation of 18 USC 241 and 18 USC 1018) as it has never been made such Public Law in an Act of Congress. The contracting of the IRS by the U.S. Department of Treasury is somewhat problematic, in that The stated 5 USC Section 3109 (b) allows only for "Temporary and Intermittent Services" of Contractors to Supplement the U.S. Government personnel.

    II.          **Argument**

**Federal Jurisdiction:** The Zone of Federal Jurisdiction where the U.S. Federal Government has exclusive legislative authority, is within the District of Columbia, Guam, American Samoa, Puerto Rico, and other American off shore Territories and possessions and under admirality law in the Territorial waters off the Continental Coasts (federal zone) outside of territorial waters controlled by the states. No Federal Legislative Jurisdiction lies within the borders of the 50 States. Federal rules, Laws and jurisdictions can only be applied within the 50 borders with written permission form the State For designated Federal Forts, Magazines, Interstate Waterways, and Building (U.S. Constitution Article 1, Section 8, Clause 17). Implementing statue 40 U.S.C. part 7 Section 7(3) 7(a). Citation: Supreme Court: Spreckles Sugar Refining Co. v. McClain, 192 US 397 page 416. A citizen is exempt from Taxation, unless The same is imposed by Statue is clear and unequivocal language per the Supreme Cou8rt Rulings and

the Constitution. No implimenting Regulation such as IRC in either form or the IRC Novel (Book 68A) can impose any tax.

A Tax may be imposed only by Statue Law (CFR or USC) which is specifically codified from Public Law passed by Congress. The Government in any agency can not apply or implicate the Specific Subject Matter Jurisdiction 28 U.S.C. Section 1340 confers only to Civil Jurisdiction for 26 CFR. The Defendants' indictment by the Federal Government comes under Criminal not Civil Jurisdiction, Title 18 and The Supreme Court ruled in GOULD V. GOULD, that the Federal Government Lacks Specific Subject Matter Jurisdiction; Therefore the Defendant, KWANDA MONIQUE DIALS, challenge the Subject Matter Jurisdiction of the Honorable Court pursuant to Fed. R. Crim. Proceedure 12(h)(3), in accordance to this Rule, once jurisdiction is challenged it Must be proven.

The Constitution only authorizes two Federal Crimes, 1). Treason and 2). Counterfeiting - all other crimes are a matter of the "State Jurisdiction", which means that all other Federal Crimes are unconstitutional. All Federal Laws comes under Title 21 USC and are not apart of the criminal code which is Title 18. The Federal Government is applying Criminal Sanctions to a Civil Law, which is highly illegal; as a result Federal agents are violating the Constitution that they are to abide by and to it.

Citation: BIVENS V. SIX UNKNOWN AGENTS, 403 US, 388 29 L.Ed.2d 619, 1999 (1990). When a Government agent acts in an unconstitutional manner he becomes liable for money damages.

IV. Conclusion

Based on the foregoing factual background, argument and authority the Honorable court is urged to dismiss the instant indictment with prejudice in respect to the Defendant, KWANDA MONIQUE DIALS; The detainment violates the Defendants Fifth Amendment right, to be deprived of liberty without due process of Law, as the Government lacks Subject Matter Jurisdiction pursuant to Fed. R. Crim. Procedure(s) 12(b)(1) and 12(h)(3) and Title 28 U.S.C. 1340 Supreme Court rulings GOULD V. GOULD, 245 US, 150 (1917).

The Defendant moves the Honorable court pursuant to Fed. R. Crim. Procedure 41(a)(g) to return all private property that was illegally seized by TIGTA David W. Rich, on August 25, 2016 which violated the Defendants Fourth Amendment right, to be secure in their houses, persons, papers and effects against unreasonable searches and seizures, shall not be violated.

TIGTA David W. Rich, had no probable cause to lawfully enter the Defendants private home, located at 925 Revere Way, Hampton, Georgia. David W. Rich actions are grounds for reparation to the Defendant under Title 42 U.S.C. 1983 and a Constitutional Tort claim for failure to "abide by and to it."

Prosecutor, John S. Ghose (AUSA), third-party witness David W. Rich, Federal Public Defender, Kendal Silas and Attorney Akil K. Secret whom have no respect for the Constitutional rights of the Defendant KWANDA MONIQUE DIALS, an American woman, that was injured and damaged by their unconstitutional acts, is to be reminded of the

binding contract that each of them took an oath(s) of office to honor and uphold as a duty, the Constitution of the United States, and at all times are to "abide by and to it."

The Defendant moves the Honorable court to immediately release from incarceration at Robert A. Deyton Detention Facility, Kwanda Dials-El.

Respectfully Submitted
without prejudice

By: _____

Kwanda Dials-El, in Propria Persona
KWANDA MONIQUE DIALS, Defendant
c/o: 11866 Hastings Bridge Road
Lovejoy, Georgia 30250
No telephone number

CERTIFICATE OF SERVICE

I, HEREBY CERTIFY, that a true and correct copy of the foregoing Motion to Dismiss indictment for Lack of Subject Matter Jurisdiction was mailed 25TH October 2017, to Assistant U.S. Attorney John S. Ghose via U.S.P.S. at 600 U.S. Courthouse 75 Ted Turner Drive SW. Atlanta, GA 30303.

cc:
Attorney General, Christopher N. Carr
Attorney Akil K. Secret

Certified Mail No: 7017 1070 0000 2220 6089